IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-66-FL

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| TARIQ BELT, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the court on defendant's renewed motion for early termination of supervised release (DE 15). The government has responded in opposition, and in this posture the issues raised are ripe for ruling. Upon consideration of the motion, the response, and the record in this matter, in light of the factors set forth in 18 U.S.C. § 3553(a), the court finds that the interests of justice do not support early termination of supervised release. Defendant has not demonstrated that supervision hinders rather than facilitates the defendant's rehabilitation, nor has he demonstrated exceptionally good behavior warranting early termination under the circumstances. Therefore, the instant motion is DENIED.

SO ORDERED, this the 30th day of December, 2019.

LOUISE W. FLANAGAN
United States District Judge